FILED IN THE
UNITED STATES
BANKRUPTCY COURT

2010 SEP 22 AM 10: 54

DISTRICT OF UTAH

Gary E. Jubber, Trustee (A1758)
Chapter 7 Trustee
215 South State Street
Suite 1200
Salt Lake City, Utah 84111-2323

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| In re: | ) | Bankruptcy No. 09-33597 WTT |
| --- | --- | --- |
| LAMAR JOSEPH GILLEN and SHAWNA JEAN GILLEN, | ) ) ) ) | Chapter 7 **DEPOSIT OF FUNDS FOR SMALL CLAIMS** |
| Debtors. | ) ) | |

Gary E. Jubber, the duly-appointed and acting Trustee of the above-captioned bankruptcy estate, represents to the Court that:

1. The Trustee has filed his Final Report and has prepared the final distribution checks to creditors.

2. The following creditors were to have received a 0.60% distribution on their claims. The distributions were less than $5.00; therefore, the Trustee is depositing the funds into the unclaimed funds registry.

| Claim No. | Creditor/Address | Distribution |
| --- | --- | --- |
| 3 | CU Access LLC<br>Dave Taylor<br>1743 West 6200 South, Suite 6<br>Salt Lake City, UT 84118 | $4.26 |

|   |   |   |
|---|---|---|
| 7 | Intermountain Health Care<br>P.O. Box 27808<br>Salt Lake City, UT 84127-0808 | $4.25 |
| 12 | Heritagewest Federal Credit Union<br>P.O. Box 720<br>Tooele, UT  84074-0720 | $3.25 |

3.   A check in the amount of $11.76 representing said unclaimed funds has been made payable to the U.S. Bankruptcy Court and is attached hereto.

DATED this _21_ day of September, 2010.

_____
Gary E. Jubber, Trustee

ND: 4837-4876-2882, v. 1                              2

## CERTIFICATE OF SERVICE

I hereby certify that on the 22 day of September, 2010, I served the foregoing Deposit of Funds for Small Claims upon the following party in interest by depositing a copy thereof in the United States mail, postage prepaid, addressed as follows:

> U.S. Trustees Office
> Ken Garff Building
> 405 S. Main Street
> Suite 300
> Salt Lake City, UT 84111

_____